

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET NO. 04-301** |
| v. | | |
| | * | **SECTION: "A"** |
| **CHAVIS GREEN** | * | |
| | * | |

\* \* \*

### ORDER FOR DISMISSAL

Considering the forgoing;

**IT IS HEREBY ORDERED** that the indictment filed on September 30, 2004 (Rec. Doc. No. 1), against defendant Chavis Green be and hereby is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this _11_ day of October, 2006.

UNITED STATES DISTRICT JUDGE